

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00158-CV

———————————————

DON HARRISON HANVEY, Appellant

V.

INTEGRITY COMMERCIAL GROUP, LLC, JOHN DELIN, STEVE DELIN,
FAB5 MANAGEMENT, LLC AND GREG ANDERSON, Appellee

---

On Appeal from the 431st District Court
Denton County, Texas
Trial Court No. 21-2795-431

---

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant's brief was due on October 22, 2025. On December 10, 2025, we notified appellant that his brief had not been filed as the appellate rules require.[1] *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, Appellant filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.

Because Appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal.

Per Curiam

Delivered: January 15, 2025

---

[1]We also sent notices on November 4, 2025, and November 17, 2025, but those notices were returned.